UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
BUKULOVA VIKTORIIA                                         :   **ORDER DISMISSING CASE**
:
                             Plaintiffs,   :   24 Civ. 8958 (AKH)
   -against-                                              :
:
THOMAS A. CIOPPA, New York District                        :
Director, U.S. Citizenship and Immigration                 :
Services,                                                  :
:
                            Defendants.    :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

     On November 22, 2024, Plaintiff filed a complaint for a writ of mandamus, compelling Defendant, the New York District Director of U.S. Citizenship and Immigration Services, to adjudicate her asylum application. *See* ECF No. 1. Though the Clerk of Court issued a summons as to Defendant on December 3, 2024, *see* ECF No. 5, Plaintiff never effected service.

     Under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

     Here, more than 90 days have passed since Plaintiff filed her complaint. Accordingly, I dismiss this case without prejudice. The status conference scheduled for March 21, 2025, at 10:00 a.m. is canceled.

     The Clerk of Court is respectfully directed to close this case.

     SO ORDERED.

Dated:     March 20, 2025
              New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge